**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Michigan**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Alexander**<br>First name<br>**David**<br>Middle name<br>**Maritczak**<br>Last name<br>**III**<br>Suffix (Sr., Jr., II, III) | **Kelly**<br>First name<br>**Catherine**<br>Middle name<br>**Maritczak**<br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) | First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **8  3  4  6**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - **1  2  7  9**<br>OR<br>**9**xx - xx - __ __ __ __ |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN __ __ - __ __ __ __ __ __ __ <br><br> EIN __ __ - __ __ __ __ __ __ __ | EIN __ __ - __ __ __ __ __ __ __ <br><br> EIN __ __ - __ __ __ __ __ __ __ |

**5.** **Where you live**

| | |
|---|---|
| **3579 Connors Drive** <br> Number     Street <br><br> _____ <br><br> **Rochester Hills, MI 48307-5088** <br> City        State   ZIP Code <br><br> **Oakland** <br> County | If Debtor 2 lives at a different address: <br><br> _____ <br> Number     Street <br><br> _____ <br><br> _____ <br> City        State   ZIP Code <br><br> _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
| _____ <br> Number     Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City        State   ZIP Code | _____ <br> Number     Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City        State   ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> _____ <br> _____ <br> _____ <br> _____ | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) <br><br> _____ <br> _____ <br> _____ <br> _____ |

Debtor 1  **Alexander**   **David**        **Maritczak, III**
Debtor 2  **Kelly**       **Catherine**    **Maritczak**
   First Name      Middle Name      Last Name

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.
☑ Yes.

| | Debtor | Relationship to you |
|---|---|---|
| | **Lifestyle Brands, Inc.** | **Affiliate** |
| District | **Eastern District of Michigan** | When **12/18/2024** MM / DD / YYYY | Case number, if known **24-51881-MAR** |
| | Debtor _____ | Relationship to you _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed? _____

_____

_____

Where is the property? _____

Number      Street

_____

City                        State      ZIP Code

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:   Answer These Questions for Reporting Purposes

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts. _____

---

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☐ No
     ☐ Yes

---

**18.** **How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Alexander David Maritczak, III**
Alexander David Maritczak, III, Debtor 1
Executed on **12/18/2024**
     MM/ DD/ YYYY

X **/s/ Kelly Catherine Maritczak**
Kelly Catherine Maritczak, Debtor 2
Executed on **12/18/2024**
     MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Mark H. Shapiro**

Signature of Attorney for Debtor

Date **12/18/2024**

MM / DD / YYYY

**Mark H. Shapiro**

Printed name

**Steinberg Shapiro & Clark**

Firm name

**25925 Telegraph Road Ste 203**

Number        Street

**Southfield**                          **MI**    **48033**

City                                   State    ZIP Code

Contact phone **(248) 352-4700**          Email address **shapiro@ssc-law.com**

**43134**                               **MI**

Bar number                              State

Fill in this information to identify your case:

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Kelly** | **Catherine** | **Maritczak** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... | $739,460.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.......................................... | $94,550.32 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................... | $834,010.32 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $483,829.45 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $2,124,270.30 |
| **Your total liabilities** | $2,608,099.75 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................ | $14,547.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*............................................... | $11,426.02 |

Official Form 106Sum                Summary of Your Assets and Liabilities and Certain Statistical Information                page 1 of 2

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case and this filing:

Debtor 1      **Alexander**          **David**          **Maritczak, III**
              First Name             Middle Name        Last Name

Debtor 2      **Kelly**              **Catherine**      **Maritczak**
(Spouse, if filing)  First Name      Middle Name        Last Name

United States Bankruptcy Court for the:    **Eastern**    District of    **Michigan**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1   **581 S. Scott Dr.**
      Street address, if available, or other description

      **Farwell, MI 48622**
      City          State    ZIP Code

      **Clare**
      County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $161,000.00 | $161,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the entireties**

☐ **Check if this is community property**
(see instructions)

**1.2**  **3579 Connors Drive**

Street address, if available, or other description

**Rochester Hills, MI**
**48307-5088**

City          State     ZIP Code

**Oakland**

County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $578,460.00 | $578,460.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by the entireties**

- ☐ Check if this is community property (see instructions)

**2.**  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ......................................... ➜ 

| $739,460.00 |
|---|

---

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

**3.1**  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Golf Cart**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,000.00 | $3,000.00 |

If you own or have more than one, describe here:

**3.2**  Make: **GMC**

Model: **Terrain**

Year: **2014**

Approximate mileage: **80000**

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $11,000.00 | $11,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

   | 4.1 | | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
   |---|---|---|---|---|
   | | Make: | **SS201IO** | ☐ Debtor 1 only | |
   | | Model: | **Hurricane** | ☐ Debtor 2 only | |
   | | | | ☑ Debtor 1 and Debtor 2 only | |
   | | Year: | **2022** | ☐ At least one of the debtors and another | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Other information: | | ☐ **Check if this is community property** (see instructions) | $54,000.00 / $54,000.00 |

   If you own or have more than one, list here:

   | 4.2 | | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
   |---|---|---|---|---|
   | | Make: | **Playbouy** | ☐ Debtor 1 only | |
   | | Model: | **Playbouy 18'** | ☐ Debtor 2 only | |
   | | | | ☑ Debtor 1 and Debtor 2 only | |
   | | Year: | **2000** | ☐ At least one of the debtors and another | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Other information: | | ☐ **Check if this is community property** (see instructions) | $5,000.00 / $5,000.00 |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................➔   | $73,000.00 |

---

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........

   | Furniture and furnishings located in Farwell property | |
   |---|---|
   | Furniture and furnishings located in residence | $3,500.00 |

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........

   | Televisions (4), cell phones (4), iPads (4), laptop, speakers | $1,500.00 |
   |---|---|

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........     | Bicycles, skis, golf clubs                        | $500.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........    | Glock Model 43; Sig Sauer 9 mm                   | $500.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........    | Debtor's clothing<br><br>Spouse's clothing       | $300.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........    | Watches (10); wedding ring; chain<br><br>Wedding and engagement ring, costume jewelry | $4,500.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........    | Mixed-breed Dog                                   | $50.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................  ➔   | $10,850.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ............................................................................................................................ Cash: ...................  **$150.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................  Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Chase Bank** <br> **Account Number: 7522** | **$6,745.63** |
| 17.2. Checking account: | **Michigan Schools & Government Credit Union** <br> **Account Number: 1750** | **$744.00** |
| 17.3. Savings account: | **Chase Bank** <br> **Account Number: 6002** | **$244.98** |
| 17.4. Savings account: | **Chase Bank** <br> **Account Number: 6137** | **$10.09** |
| 17.5. Savings account: | **Michigan First Credit Union** <br> **Account Number: 2551** | **$40.01** |
| 17.6. Savings account: | **Michigan Schools & Government Credit Union** <br> **Account Number: 0001** | **$5.00** |
| 17.7. Savings account: | **Michigan Schools & Government Credit Union** <br> **Account Number: 2040** | **$9.61** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ....................  Institution or issuer name:

_____  _____

_____  _____

_____  _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them....................

    Name of entity:                                           % of ownership:

    **100% shareholder interest in Lifestyle Brands, Inc.**                **100.00%**
    **Company is also in Chapter 11**                                                                       **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them....................

    Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each account separately.

    Type of account:      Institution name:

    Pension plan:    **General Motor Salaried Employees Pension**                **unknown**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ......................

    Institution name or individual:

    Electric:

    Gas:

    Heating oil:

    Security deposit on rental unit:

    Prepaid rent:

    Telephone:

    Water:

    Rented furniture:

    Other:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ..................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific
    information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No

    ☑ Yes. Give specific
    information about them. ... | **State of Michigan Cosmetology and Aesthetician licenses** | **$0.00**

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

| | |
| --- | --- |
| **Prorated anticipated federal tax refund** | Federal: **$2,000.00** |
| **Prorated anticipated State of MI tax refund** | State: **$500.00** |
| | Local: |

29. **Family support**

     *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

     ☑ No

     ☐ Yes. Give specific information. ........

     Alimony: _____

     Maintenance: _____

     Support: _____

     Divorce settlement: _____

     Property settlement: _____

30. **Other amounts someone owes you**

     *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

     ☑ No

     ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

     *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

     ☐ No

     ☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Banner Life Insurance Co. Term life policy. $2,000,000 face value. No cash value.** | | **$0.00** |
| **Banner Life Insurance Co. Term life policy. $500,000 face value. No cash surrender value.** | **Kelly Maritczak** | **$0.00** |
| **Lincoln Financial Group. 10 year term policy. Face value $500,000. No cash value.** | **Alexander Maritczek** | **$1.00** |

32. **Any interest in property that is due you from someone who has died**

     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

     ☑ No

     ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

     *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

     ☑ No

     ☐ Yes. Describe each claim. ..............

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 18 of 76

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................................... ➡    | $10,450.32 |

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe. .........   | Home office desk, chair and other items |          $250.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 19 of 76

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

| Name of entity: | % of ownership: | |
|---|---|---|
| | | |
| | | |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
   **for Part 5. Write that number here** ..................................................................................................................... ➔   | $250.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes .......................... [                                    ] _____

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
       information. ............ [                                    ] _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes .......................... [                                    ] _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes .......................... [                                    ] _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information. ............ [                                    ] _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ...................................................................................................... ➡ | **$0.00** |

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific
       information. ............ [                                    ] _____
       _____
       _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................... ➡ | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..................................................................................... ➡ | **$739,460.00** |

56. **Part 2: Total vehicles, line 5**        **$73,000.00**

57. **Part 3: Total personal and household items, line 15**        **$10,850.00**

Official Form 106A/B                    **Schedule A/B: Property**                    page **11**

| | | |
|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | $10,450.32 |
| 59. | **Part 5: Total business-related property, line 45** | $250.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 |

62. **Total personal property.** Add lines 56 through 61. ...............  $94,550.32     Copy personal property total ➜     + ___ $94,550.32

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................................................  $834,010.32

Fill in this information to identify your case:

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **3579 Connors Drive Rochester Hills, MI 48307-5088**<br><br>Line from *Schedule A/B*: **1.1** | **$578,460.00** | ☑ **$23,062.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(m)** |
| Brief description: **Golf Cart**<br><br>Line from *Schedule A/B*: **3.2** | **$3,000.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(g)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Furniture and furnishings located in residence**<br>Line from *Schedule A/B*: __6__ | $2,500.00 | ☑ __$1,250.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **Furniture and furnishings located in Farwell property**<br>Line from *Schedule A/B*: __6__ | $1,000.00 | ☑ __$500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **Glock Model 43; Sig Sauer 9 mm**<br>Line from *Schedule A/B*: __10__ | $500.00 | ☑ __$250.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(i)** |
| Brief description: **Debtor's clothing**<br>Line from *Schedule A/B*: __11__ | $150.00 | ☑ __$150.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **Watches (10); wedding ring; chain**<br>Line from *Schedule A/B*: __12__ | $500.00 | ☑ __$500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **Banner Life Insurance Co. Term life policy. $500,000 face value. No cash surrender value.**<br>Line from *Schedule A/B*: __31__ | $0.00 | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws §§ 500.2207, 2209** |
| Brief description: **Banner Life Insurance Co. Term life policy. $2,000,000 face value. No cash value.**<br>Line from *Schedule A/B*: __31__ | $0.00 | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws §§ 500.2207, 2209** |

Official Form 106C    Schedule C: The Property You Claim as Exempt

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **Home office desk, chair and other items**<br><br>Line from *Schedule A/B*: **39** | **$250.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(i)** |

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 25 of 76

| Debtor | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Michigan**_____

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **3579 Connors Drive Rochester Hills, MI 48307-5088**<br><br>Line from *Schedule A/B*: **1.1** | **$578,460.00** | ☑ **$23,062.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(m)** |
| Brief description: **2014 GMC Terrain**<br><br>Line from *Schedule A/B*: **3.1** | **$11,000.00** | ☑ **$189.58**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(g)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|
| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** <br><br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br> *Check only one box for each exemption.* | **Specific laws that allow exemption** |
| Brief description: **Golf Cart** <br> Line from *Schedule A/B:* **3.2** | $3,000.00 | ☑ **$1,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(g)** |
| Brief description: **Furniture and furnishings located in residence** <br> Line from *Schedule A/B:* **6** | $2,500.00 | ☑ **$1,250.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **Furniture and furnishings located in Farwell property** <br> Line from *Schedule A/B:* **6** | $1,000.00 | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **Glock Model 43; Sig Sauer 9 mm** <br> Line from *Schedule A/B:* **10** | $500.00 | ☑ **$250.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(i)** |
| Brief description: **Spouse's clothing** <br> Line from *Schedule A/B:* **11** | $150.00 | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **Wedding and engagement ring, costume jewelry** <br> Line from *Schedule A/B:* **12** | $4,000.00 | ☑ **$4,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(c)** |
| Brief description: **General Motor Salaried Employees Pension** <br> Line from *Schedule A/B:* **21** | unknown | ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit <br><br> ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit <br><br> ☑ **unknown** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** <br><br><br> **11 U.S.C. § 522(n)** <br><br><br> **Mich. Comp. Laws § 600.5451(1)(k)** |

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Banner Life Insurance Co. Term life policy. $2,000,000 face value. No cash value.**<br><br>Line from *Schedule A/B*: **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws §§ 500.2207, 2209** |
| Brief description: **Lincoln Financial Group. 10 year term policy. Face value $500,000. No cash value.**<br><br>Line from *Schedule A/B*: **31** | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws §§ 500.2207, 2209** |
| Brief description: **Home office desk, chair and other items**<br><br>Line from *Schedule A/B*: **39** | **$250.00** | ☑ **$125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mich. Comp. Laws § 600.5451(1)(i)** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1**

**Alexander R. and Irene M. Maritczak**
Creditor's Name

**4825 Lenomar Ct.**
Number        Street

**Sterling Heights, MI 48310**
City          State        ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred **12/17/24**

Describe the property that secures the claim:

**581 S. Scott Dr. Farwell, MI 48622**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: **$45,000.00**
Column B: **$161,000.00**
Column C: **$0.00**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$45,000.00** | |
|---|---|---|

| Debtor 1 | Alexander | David | Maritczak, III | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Kelly | Catherine | Maritczak | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2"></td><td>Column A<br>Amount of claim<br>Do not deduct the value of collateral.</td><td>Column B<br>Value of collateral that supports this claim</td><td>Column C<br>Unsecured portion<br>If any</td></tr>
<tr><td>Part 1:</td><td>Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.</td><td></td><td></td><td></td></tr>
</table>

**2.2**

**Michigan First CU**

Creditor's Name

**27000 Evergreen Rd.**

Number       Street

**Southfield, MI 48076-3231**

City        State     ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**       $55,051.59       $54,000.00       $1,051.59

| 2022 SS201IO Hurricane |
|---|

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **9   1   I   O**

**2.3**

**Michigan Schools & Government CU**

Creditor's Name

**PO Box 46460**

Number       Street

**Mount Clemens, MI 48046**

City        State     ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**       $10,810.42       $11,000.00       $0.00

| 2014 GMC Terrain |
|---|

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **0   0   0   1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $65,862.01 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Debtor 1 | Alexander | David | Maritczak, III | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Kelly | Catherine | Maritczak | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.4** **Michigan Schools & Government CU**

| | Describe the property that secures the claim: | $49,565.94 | $578,460.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**40400 Garfield Road**

| 3579 Connors Drive Rochester Hills, MI 48307-5088 |
|---|

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
**Clinton Township, MI 48038**     ☐ Disputed

City          State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred          Last 4 digits of account number     6  4  7  8

**2.5** **Roundpoint Mortgage Servicing, LLC**

| | Describe the property that secures the claim: | $323,401.50 | $578,460.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 19409**

| 3579 Connors Drive Rochester Hills, MI 48307-5088 |
|---|

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
**Charlotte, NC 28219-9409**     ☐ Disputed

City          State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred          Last 4 digits of account number     6  5  3  0

| Add the dollar value of your entries in Column A on this page. Write that number here: | $372,967.44 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $483,829.45 |

| Debtor 1 | <u>Alexander</u> | <u>David</u> | <u>Maritczak, III</u> | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | <u>Kelly</u> | <u>Catherine</u> | <u>Maritczak</u> | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1.**

**Michigan Schools & Government Credit Union**
Name

**PO Box 46460**
Number          Street

**Mount Clemens, MI 48046**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? <u>2.4</u>

Last 4 digits of account number    ___ ___ ___ ___

---

Name

Number          Street

City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number    ___ ___ ___ ___

---

Name

Number          Street

City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number    ___ ___ ___ ___

---

Name

Number          Street

City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number    ___ ___ ___ ___

---

Name

Number          Street

City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number    ___ ___ ___ ___

---

Name

Number          Street

City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number    ___ ___ ___ ___

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 32 of 76

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** | Case number *(if known)* _____ |
|----------|---------------|-----------|---------------------|-------------------------------------|
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---------|--------------------------------------------------------------------------------|

| | |
|---|---|
| Name _____ | **On which line in Part 1 did you enter the creditor?** ____ |
| Number _____ Street _____ | **Last 4 digits of account number** ___ ___ ___ ___ |
| City _____ State _____ ZIP Code _____ | |

24-51892-mar   Doc 1   Filed 12/18/24   Entered 12/18/24 14:52:12   Page 33 of 76

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number          Street

City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | Alexander | David | Maritczak, III | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | Kelly | Catherine | Maritczak |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

Priority Creditor's Name

Number          Street

_____

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**2.3**

Priority Creditor's Name

Number          Street

_____

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

**4.1** **American Express**

Nonpriority Creditor's Name

**20500 Belshaw Ave.**

Number            Street

**Carson, CA 90746**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$175.84**

**4.2** **American Express**

Nonpriority Creditor's Name

**20500 Belshaw Ave.**

Number            Street

**Carson, CA 90746**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** **1   0   0   4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$35,441.27**

| Debtor 1 | Alexander | David | Maritczak, III | | Case number (if known) _____ |
|---|---|---|---|---|---|
| Debtor 2 | Kelly | Catherine | Maritczak | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td style="background:black;color:white"><b>Part 2:</b></td><td><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.3** **American Express**

Nonpriority Creditor's Name

**PO Box 60189**

Number                Street

**City of Industry, CA 91716-0189**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **1** **0** **0** **7**       **$9,392.29**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.4** **Chase**

Nonpriority Creditor's Name

**Cardmember Service**

**201 N. Walnut Street De1-0153**

Number                Street

**Wilmington, DE 19801**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **3** **6** **9** **1**       **$70,862.71**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page _4_ of _8_

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.　　　　　　　　　　　　**Total claim**

### 4.5

**The Huntington National Bank**
Nonpriority Creditor's Name

**c/o Plunkett Cooney - Lisa Hall, Esq.**

**333 Bridge Street NW Ste. 530**
Number　　　　Street

**Grand Rapids, MI 49504**
City　　　　State　　　　ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___　　**$374,801.04**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.6

**The Huntington National Bank**
Nonpriority Creditor's Name

**c/o Plunkett Cooney - Lisa Hall, Esq.**

**333 Bridge Street NW Ste. 530**
Number　　　　Street

**Grand Rapids, MI 49504**
City　　　　State　　　　ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___　　**$1,633,597.15**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

24-51892-mar　　Doc 1　　Filed 12/18/24　　Entered 12/18/24 14:52:12　　Page 38 of 76

| Debtor 1 | Alexander | David | Maritczak, III | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Kelly | Catherine | Maritczak | |
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.**
American Express
Name

PO Box 60189
Number          Street

City of Industry, CA 91716-0189
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**2.**
American Express
Name

PO Box 96001
Number          Street

Los Angeles, CA 90096-8000
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**3.**
Chase
Name

Cardmember Service

PO Box 6294
Number          Street

Carol Stream, IL 60197-6294
City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number          Street

City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number          Street

City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number          Street

City                    State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 39 of 76

| Debtor 1 | Alexander | David | Maritczak, III | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Kelly | Catherine | Maritczak | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

Name _____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Number     Street _____

**Last 4 digits of account number**   ___ ___ ___ ___

_____
City                State     ZIP Code

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $2,124,270.30 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $2,124,270.30 |

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases           **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Cadillac Financial Leasing**<br>Name<br>**PO Box 78143**<br>Number      Street<br>**Phoenix, AZ 85062-8143**<br>City                State      ZIP Code | **Cadillac**<br>**Contract to be REJECTED** |
| **2.2** **Ford Motor Credit Company**<br>Name<br>**Bankruptcy Department**<br>**Po Box 35911**<br>Number      Street<br>**Cleveland, OH 44135-0911**<br>City                State      ZIP Code | **Ford Bronco Sport**<br>**Contract to be ASSUMED** |
| **2.3** **Ford Motor Credit Company**<br>Name<br>**Bankruptcy Department**<br>**Po Box 35911**<br>Number      Street<br>**Cleveland, OH 44135-0911**<br>City                State      ZIP Code | **Ford F 150**<br>**Contract to be ASSUMED** |
| **2.4** **Ford Motor Credit Company**<br>Name<br>**Bankruptcy Department**<br>**Po Box 35911**<br>Number      Street<br>**Cleveland, OH 44135-0911**<br>City                State      ZIP Code | **Ford Expedition**<br>**Contract to be REJECTED** |

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|----------|---------------|-----------|--------------------|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number     Street

   _____
   City     State     ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|------------------------------|------------------------------------------------------|
| | Check all schedules that apply: |

**3.1**
**Lifestyle Brands, Inc.**
Name

**5154 Highland Road**
Number     Street

**Waterford, MI 48327**
City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.5, 4.6**
☐ Schedule G, line _____

**3.2**
Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Fill in this information to identify your case:

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number (if known): _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date: _____

MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | **President** | **Aesthetician** |
| Employer's name | **Lifestyle Brands, Inc.** | **Rochester Laser Center** |
| Employer's address | **5154 Highland Road** | **119 S. Mains St.** |
| | Number Street | Number Street |
| | **Waterford, MI 48327** | **Rochester, MI 48307** |
| | City State Zip Code | City State Zip Code |
| How long employed there? | **3 years** | **4 years** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$17,354.00** | **$2,128.00** |
| 3. | Estimate and list monthly overtime pay. | + **$0.00** | + **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | **$17,354.00** | **$2,128.00** |

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** | |
|---|---|---|---|---|
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

|  | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here............................................................➔ | 4. | $17,354.00 | $2,128.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $4,560.00 | $375.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $4,560.00 | $375.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $12,794.00 | $1,753.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $12,794.00 | + $1,753.00 = $14,547.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $14,547.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Kelly** | **Catherine** | **Maritczak** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number (if known): _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **16** | ☐ No. ☑ Yes. |
| **Child** | **12** | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,906.02** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$208.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$520.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$67.00** |

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 46 of 76

|  | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $744.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $295.00 |
| | 6b. Water, sewer, garbage collection | 6b. $252.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $730.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $2,148.00 |
| 8. | **Childcare and children's education costs** | 8. $320.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $200.00 |
| 10. | **Personal care products and services** | 10. $650.00 |
| 11. | **Medical and dental expenses** | 11. $254.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $199.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $27.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $173.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $808.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $543.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $594.00 |
| | 17c. Other. Specify: **Car - Child** | 17c. $197.00 |
| | 17d. Other. Specify: **Boat** | 17d. $492.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $99.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

21. **Other.** Specify: _____    21.  + _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a. _____ **$11,426.02**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c. _____ **$11,426.02**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a. _____ **$14,547.00**

    23b. Copy your monthly expenses from line 22c above.    23b.  – _____ **$11,426.02**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*    23c. _____ **$3,120.98**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 48 of 76

Fill in this information to identify your case:

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Alexander David Maritczak, III**
Alexander David Maritczak, III, Debtor 1

X **/s/ Kelly Catherine Maritczak**
Kelly Catherine Maritczak, Debtor 2

Date **12/18/2024**
MM/ DD/ YYYY

Date **12/18/2024**
MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Michigan**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City         State   ZIP Code | | _____ City         State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number    Street | From _____ To _____ | _____ Number    Street | From _____ To _____ |
| _____ City         State   ZIP Code | | _____ City         State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:**   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$3,300.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$21,160.00** |
| **For last calendar year:**<br>(January 1 to December 31, __2023__ )<br>                 YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$123,200.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$20,707.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, __2022__ )<br>                 YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$331,800.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$19,016.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, __2023__ )<br>                 YYYY | **IRA distribution** | **$102,444.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2022__ )<br>                 YYYY | | | | |

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 51 of 76

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

      ☐ No. Go to line 7.

      ☑ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

      * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

      ☐ No. Go to line 7.

      ☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Chase** <br> Creditor's Name | _____ | **$8,700.00** | _____ | ☐ Mortgage |
| **Cardmember Service** | _____ | | | ☐ Car |
| **PO Box 6294** <br> Number   Street | | | | ☑ Credit card |
| | _____ | | | ☐ Loan repayment |
| **Carol Stream, IL 60197-6294** <br> City    State    ZIP Code | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| <br> Insider's Name | _____ | _____ | _____ | |
| <br> Number   Street | _____ | | | |
| <br> City    State    ZIP Code | | | | |

| Debtor 1 | Alexander | David | Maritczak, III |
|---|---|---|---|
| Debtor 2 | Kelly | Catherine | Maritczak |
|  | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ |  |
| _____<br>Number    Street | _____ |  |  |  |
| _____<br>City          State    ZIP Code | _____ |  |  |  |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____<br>_____<br>Case number _____ |  | _____<br>Court Name<br>_____<br>Number    Street<br>_____<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| Debtor 1 | Alexander | David | Maritczak, III | | |
|---|---|---|---|---|---|
| Debtor 2 | Kelly | Catherine | Maritczak | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | **Explain what happened** | | |
| | ❏ Property was repossessed. | | |
| | ❏ Property was foreclosed. | | |
| City        State    ZIP Code | ❏ Property was garnished. | | |
| | ❏ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| City        State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Person to Whom You Gave the Gift

Number    Street

City    State    ZIP Code

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

Charity's Name

Number    Street

City    State    ZIP Code

---

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Steinberg Shapiro & Clark** <br> Person Who Was Paid <br><br> **25925 Telegraph Road Ste 203** <br> Number   Street <br><br><br> **Southfield, MI 48033** <br> City    State   ZIP Code <br><br> _____ <br> Email or website address <br> **Alex and Kelly Maritczak** <br> Person Who Made the Payment, if Not You | **Attorney's Fee** | **12/17/2024** | **$35,000.00** |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dollar Learning Foundation, Inc.** <br> Person Who Was Paid <br><br> Number   Street <br><br><br> City    State   ZIP Code <br><br> _____ <br> Email or website address <br> **Debtors** <br> Person Who Made the Payment, if Not You | **Credit Counseling** | **12/17/2024** | **$36.46** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid <br><br> Number   Street <br><br><br> City    State   ZIP Code | | _____ <br><br> _____ | _____ <br><br> _____ |

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 56 of 76

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Alexander Ralph Maritczak, Jr. and Irene Maritczak, Husband & Wife**<br>Person Who Received Transfer<br><br>**4825 Lenomar Court**<br>Number    Street<br><br>**Sterling Heights, MI 48310**<br>City                State    ZIP Code<br><br>Person's relationship to you<br>**Parents** | **Mortgage in property located at 581 S. Scott Dr. in Farwell, MI** | **$45,000** | **12/17/24** |
| **Lifestyle Brands, Inc.**<br>Person Who Received Transfer<br><br>**5154 Highland Road**<br>Number    Street<br><br>**Waterford, MI 48327**<br>City                State    ZIP Code<br><br>Person's relationship to you<br>**Debtors' business** | **Capital contributions totaling $83,180** | **$83,180** | **Past 2 years** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____<br><br>_____ | | _____ |

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** _____<br><br>**Number    Street** _____<br><br>_____<br><br>**City              State    ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** _____<br><br>**Number    Street** _____<br><br>_____<br><br>**City              State    ZIP Code** | **Name** _____<br><br>**Number    Street** _____<br><br>**City              State    ZIP Code** | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| **Name of Storage Facility** | **Name** | | |
| | | | |
| **Number   Street** | **Number   Street** | | |
| | | | |
| **City   State   ZIP Code** | **City   State   ZIP Code** | | |

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Children** | | **Minor custodial bank accounts at Chase Bank ($23,627.88 and $23,956.76) and Selfreliance Federal Credit Union ($903.32 and $902.94) for children. Debtors have not deposited any funds in years.** | **$49,309.90** |
| **Owner's Name** | **Number   Street** | | |
| **3579 Connors** | | | |
| **Number   Street** | **City   State   ZIP Code** | | |
| **Rochester Hills, MI 48307-5088** | | | |
| **City   State   ZIP Code** | | | |

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Name of site** | **Governmental unit** | |
| **Number    Street** | **Number    Street** | |
| | **City          State      ZIP Code** | |
| **City          State    ZIP Code** | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| **Name of site** | **Governmental unit** | |
| **Number    Street** | **Number    Street** | |
| | **City          State      ZIP Code** | |
| **City          State    ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| **Case title** | **Court Name** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Number    Street** | |
| **Case number** | **City          State      ZIP Code** | |

| Debtor 1 | Alexander | David | Maritczak, III | Case number *(if known)* _____ |
| Debtor 2 | Kelly | Catherine | Maritczak | |
| | First Name | Middle Name | Last Name | |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☑ An officer, director, or managing executive of a corporation
- ☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Lifestyle Brands, Inc. | Describe the nature of the business | Employer Identification number |
| Name | | Do not include Social Security number or ITIN. |
| | **Tatoo parlors** | |
| | | EIN: 8 7 – 1 3 9 6 2 4 9 |
| **5154 Highland Road** | Name of accountant or bookkeeper | Dates business existed |
| Number    Street | **Gordon Advisors, PC** | |
| **Waterford, MI 48327** | | From _____ To **Current** |
| City          State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | Date issued |
| **The Huntington National Bank** | **8/22** |
| Name | MM / DD / YYYY |
| **333 Bridge Street NW Ste. 530** | |
| Number    Street | |
| **Grand Rapids, MI 49504** | |
| City          State    ZIP Code | |

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** | |
| | First Name | Middle Name | Last Name | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Alexander David Maritczak, III**          **X** **/s/ Kelly Catherine Maritczak**

Signature of Alexander David Maritczak, III, Debtor 1          Signature of Kelly Catherine Maritczak, Debtor 2

Date **12/18/2024**                              Date **12/18/2024**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|
| **1** | **The Huntington National Bank** | What is the nature of the claim? **Other** | **$1,633,597.15** |
| | Creditor's Name | As of the date you file, the claim is: Check all that apply. | |
| | **c/o Plunkett Cooney - Lisa Hall, Esq.** | ☐ Contingent | |
| | **333 Bridge Street NW Ste. 530** | ☐ Unliquidated | |
| | Number        Street | ☐ Disputed | |
| | **Grand Rapids, MI 49504** | ☑ None of the above apply | |
| | City        State        ZIP Code | Does the creditor have a lien on your property? | |
| | | ☑ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured): _____ | |
| | | Value of security: _____ | |
| | Contact phone | Unsecured _____ | |
| **2** | **The Huntington National Bank** | What is the nature of the claim? **Other** | **$374,801.04** |
| | Creditor's Name | As of the date you file, the claim is: Check all that apply. | |
| | **c/o Plunkett Cooney - Lisa Hall, Esq.** | ☐ Contingent | |
| | **333 Bridge Street NW Ste. 530** | ☐ Unliquidated | |
| | Number        Street | ☐ Disputed | |
| | **Grand Rapids, MI 49504** | ☑ None of the above apply | |
| | City        State        ZIP Code | Does the creditor have a lien on your property? | |
| | | ☑ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured): _____ | |
| | | Value of security: _____ | |
| | Contact phone | Unsecured _____ | |

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** | |
| | First Name | Middle Name | Last Name | |

|  | | **Unsecured claim** |
|---|---|---|

**3** | **Chase**
Creditor's Name

**Cardmember Service**

**201 N. Walnut Street De1-0153**
Number          Street

**Wilmington, DE 19801**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** **Other**          $70,862.71

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
   - Value of security: _____
   - Unsecured _____

---

**4** | **Michigan First CU**
Creditor's Name

**27000 Evergreen Rd.**
Number          Street

**Southfield, MI 48076-3231**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** **An agreement**          $1,051.59

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☑ Yes. Total claim (secured and unsecured): $55,051.59
   - Value of security: $54,000.00
   - Unsecured $1,051.59

---

**5** | **American Express**
Creditor's Name

**20500 Belshaw Ave.**
Number          Street

**Carson, CA 90746**
City          State          ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** **Other**          $35,441.27

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
   - Value of security: _____
   - Unsecured _____

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 64 of 76

| Debtor 1 | Alexander | David | Maritczak, III | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Kelly | Catherine | Maritczak | |
| | First Name | Middle Name | Last Name | |

| | | | Unsecured claim |
|---|---|---|---|

**6** American Express

Creditor's Name

PO Box 60189

Number     Street

City of Industry, CA 91716-0189

City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Other

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured: _____

$9,392.29

---

**7** American Express

Creditor's Name

20500 Belshaw Ave.

Number     Street

Carson, CA 90746

City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Other

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured: _____

$175.84

---

**8**

Creditor's Name

Number     Street

City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured: _____

---

**9**

Creditor's Name

Number     Street

City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured: _____

24-51892-mar   Doc 1   Filed 12/18/24   Entered 12/18/24 14:52:12   Page 65 of 76

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** | |
| | First Name | Middle Name | Last Name | |

| | | Unsecured claim |
|---|---|---|

**10**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

---

**11**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

---

**12**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

---

**13**

Creditor's Name _____

Number _____ Street _____

_____

City _____ State _____ ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

    Value of security: _____

    Unsecured _____

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 66 of 76

| Debtor 1 | **Alexander** | **David** | **Maritczak, III** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Kelly** | **Catherine** | **Maritczak** | |
| | First Name | Middle Name | Last Name | |

| | Unsecured claim |
|---|---|

**14**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

_____

**15**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

_____

**16**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

_____

**17**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code _____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 67 of 76

| Debtor 1 | Alexander | David | Maritczak, III | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Kelly | Catherine | Maritczak | |
| | First Name | Middle Name | Last Name | |

| | Unsecured claim |
|---|---|

**18**

Creditor's Name

_____

Number        Street

_____

_____

City        State        ZIP Code

Contact

_____

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**19**

Creditor's Name

_____

Number        Street

_____

_____

City        State        ZIP Code

Contact

_____

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**20**

Creditor's Name

_____

Number        Street

_____

_____

City        State        ZIP Code

Contact

_____

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X _____ /s/ Alexander David Maritczak, III _____
Signature of Debtor 1

X _____ /s/ Kelly Catherine Maritczak _____
Signature of Debtor 2

Date    **12/18/2024**
MM / DD / YYYY

Date    **12/18/2024**
MM / DD / YYYY

24-51892-mar    Doc 1    Filed 12/18/24    Entered 12/18/24 14:52:12    Page 68 of 76

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

IN RE: **Maritczak, Alexander David**
      **Maritczak, Kelly Catherine**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **12/18/2024**     Signature            **/s/ Alexander David Maritczak, III**
                                                        Alexander David Maritczak, III, Debtor

Date   **12/18/2024**     Signature            **/s/ Kelly Catherine Maritczak**
                                                        Kelly Catherine Maritczak, Joint Debtor

Alexander R. and Irene M.
Maritczak
4825 Lenomar Ct.
Sterling Heights, MI 48310


American Express
20500 Belshaw Ave.
Carson, CA 90746


American Express
PO Box 60189
City of Industry, CA 91716-0189


American Express
PO Box 96001
Los Angeles, CA 90096-8000


Cadillac Financial Leasing
PO Box 78143
Phoenix, AZ 85062-8143


Chase
Cardmember Service
201 N. Walnut Street De1-0153
Wilmington, DE 19801


Chase
Cardmember Service
PO Box 6294
Carol Stream, IL 60197-6294


Ford Motor Credit Company
Bankruptcy Department
Po Box 35911
Cleveland, OH 44135-0911

Lifestyle Brands, Inc.
5154 Highland Road
Waterford, MI 48327


Michigan First CU
27000 Evergreen Rd.
Southfield, MI 48076-3231


Michigan Schools &
Government Credit Union
PO Box 46460
Mount Clemens, MI 48046


Michigan Schools &
Government CU
PO Box 46460
Mount Clemens, MI 48046


Michigan Schools &
Government CU
40400 Garfield Road
Clinton Township, MI 48038


Roundpoint Mortgage
Servicing, LLC
PO Box 19409
Charlotte, NC 28219-9409


The Huntington National Bank
c/o Plunkett Cooney - Lisa Hall, Esq.
333 Bridge Street NW Ste. 530
Grand Rapids, MI 49504

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |   |
|---|---:|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | **$15** | **trustee surcharge** |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the*Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | **$571** | **administrative fee** |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.